UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
LYNN ZELVIN,                                                 :
                                                             :
                              Plaintiff,                     :
                                                             :         23 Civ. 8317 (LGS)
              -against-                                      :
                                                             :                ORDER
AZ MEDIQUIP, INC.,                                           :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 3, 2023, required the parties to file a status letter on January 9, 2024, as outlined in Individual Rule III.D.3;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **January 23, 2024**, the parties shall file the joint letter.

Dated: January 17, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**