UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LYNN ZELVIN, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

AZ MEDIQUIP, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

So Ordered.

Dated: January 23, 2024
      New York, New York

No. 1:23-cv-8317

**L**ORNA **G. S**CHOFIELD
**U**NITED **S**TATES **D**ISTRICT **J**UDGE

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff LYNN ZELVIN and the Defendant AZ MEDIQUIP, INC. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 22, 2024

| For Plaintiff | For Defendant |
|---|---|
| LYNN ZELVIN | AZ MEDIQUIP, INC. |
| Mars Khaimov | Ryan T. Benson, ARDC No. 6312338 |
| MARS KHAIMOV LAW, PLLC | Admitted Pro Hac Vice |
| 100 Duffy Avenue | O'Hagan Meyer LLC |
| Suite 510 | One East Wacker Drive, Suite 3400 |
| Hicksville, New York 11801 | Chicago, Illinois 60601 |
| 929.324.0717 – T | 312.422.6100 –T |
| 929.333.7774 – F | 312.422.6110 – F |
| mars@khaimovlaw.com | rbenson@ohaganmeyer.com |